# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vilardo, Lawrence J. | United States District Court Western District of New York | 10/07/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Connors & Vilardo, LLP |
| 2. | Trustee | Canisius College |
| 3. | Trustee | Irish Classical Theatre Company |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Continue to pay for COBRA family Health Insurance to my former law firm, now known as Connors, LLP |
| 2. | 2015 | 401(k) Profit Sharing Plan with my former law firm was rolled over to an IRA. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 10/07/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Connors & Vilardo, LLP - Gross Income (10 months) | $256,322.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Hon. Salvatore Martoche, former NYS Appellate Division Justice (friend) | Judicial Robe | $435.48 |
| 2. | Terrence M. Connors, Esq., my former law partner (friend) | Judicial Robe | $435.48 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Connors & Vilardo, LLP capital account | | None | | | Redeemed | 11/10/15 | J | A | |
| 2. Mass Mutual Financial Group - Universal Life Insurance I | D | Int./Div. | M | T | | | | | |
| 3. John Hancock Whole Life | A | Dividend | K | T | | | | | |
| 4. John Hancock Whole Life | A | Dividend | J | T | | | | | |
| 5. Rental Property Town of Tonawanda, New York | D | Rent | M | R | | | | | |
| 6. M&T Bank Account | A | Interest | L | T | | | | | |
| 7. RBC Bank Account | A | Interest | J | T | | | | | |
| 8. TD Ameritrade FDIC Insured Deposit Money MarketAccount | B | Interest | J | T | | | | | |
| 9. Abbott Labs Stock | A | Dividend | | | Sold | 12/14/15 | J | B | |
| 10. Abbvie Stock | A | Dividend | | | Sold | 12/14/15 | J | B | |
| 11. Apache Energy Stock | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 12. Apple Computer Stock | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 13. Bank of NY Stock | A | Dividend | | | Sold | 12/14/15 | J | B | |
| 14. Becton Dickinson Stock | A | Dividend | | | Sold | 12/14/15 | J | C | |
| 15. Berkshire Hathaway B Stock | | None | | | Sold | 12/14/15 | J | B | |
| 16. Caterpillar Stock | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 17. ChevronTexaco Stock | A | Dividend | | | Sold | 12/14/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cisco Stock | A | Dividend | | | Sold | 12/14/15 | J | B | |
| 19. Devon Energy Stock | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 20. Emerson Electric Stock | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 21. Ford Stock | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 22. Gilead Stock | A | Dividend | | | Sold | 12/14/15 | J | C | |
| 23. Gold Corp Stock | A | Dividend | | | Sold | 12/14/15 | K | A | |
| 24. Google/Alphabet Stock | | None | | | Sold | 12/14/15 | J | C | |
| 25. Google/Alphabet Stock | | None | | | Sold | 12/14/15 | J | C | |
| 26. HSBC Stock | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 27. Intel Stock | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 28. Lowe's Stock | A | Dividend | | | Donated | | | | |
| 29. Mallinckrodt Pub Ltd | | None | | | Sold | 12/14/15 | J | A | |
| 30. Medtronic Stock | A | Dividend | | | Sold | 12/14/15 | K | A | |
| 31. Microsoft Stock | A | Dividend | | | Sold | 12/14/15 | J | C | |
| 32. MMM Stock | A | Dividend | | | Sold | 12/14/15 | J | B | |
| 33. Nike Stock | A | Dividend | | | Donated | | | | |
| 34. Novartis Stock | A | Dividend | | | Sold | 12/14/15 | J | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pepsico Stock | A | Dividend | | | Sold | 12/14/15 | J | C | |
| 36. Procter & Gamble Stock | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 37. Silver Wheaton Stock | A | Dividend | | | Sold | 12/14/15 | K | A | |
| 38. Schlumberger Stock | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 39. Teva Stock | A | Dividend | | | Sold | 12/14/15 | J | B | |
| 40. Unilever Stock | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 41. Wells Fargo Stock | A | Dividend | | | Sold | 12/14/15 | J | B | |
| 42. First Trust Mid-Cap Index | A | Dividend | J | T | | | | | |
| 43. First Trust Small Cap Index | A | Dividend | J | T | | | | | |
| 44. I Shares Corps Bond Index | B | Dividend | J | T | | | | | |
| 45. I Shares Global Tech Index | A | Dividend | | | Sold | 12/14/15 | J | C | |
| 46. I Shares Hi Yield Bonds | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 47. I Shares NY Muni Index | A | Dividend | | | Sold | 12/14/15 | K | A | |
| 48. I Shares Preferred Stock Index | A | Dividend | J | T | | | | | |
| 49. JPMorgan Chase MLP | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 50. Market Vectors Emerg Mkts Bonds | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 51. Powershares Internatl Corp Bond | A | Dividend | | | Sold | 12/14/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR Nat Res Index | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 53. Vanguard Europe & Pacific | A | Dividend | | | Sold | 12/14/15 | K | B | |
| 54. LSV Value Equity Fund | A | Dividend | | | Sold | 12/14/15 | J | B | |
| 55. DWS Floating Rate Fund | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 56. Deutsche Floating Rate Fund | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 57. Diamond Hill Large Cap Fund | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 58. FPA New Income, Inc. | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 59. Harbor International Fund | A | Dividend | | | Sold | 9/16/15 | K | A | |
| 60. T Rowe Price Institutional Large | A | Dividend | | | Sold | 11/23/15 | J | C | |
| 61. I Shares TR Russell | A | Dividend | | | Sold | 12/14/15 | K | C | |
| 62. MFS International | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 63. MSIF Small Company Growth | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 64. Wilmington Prime | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 65. Morgan Stanley Focus Growth Fund | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 66. MSIF Inc Growth Fund | A | Dividend | | | Sold | 12/14/15 | K | C | |
| 67. Ridgeworth Seix Floating Rate Fund | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 68. Scout Unconstrained Bond Fund | A | Dividend | | | Sold | 2/6/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sterling Capital Mid Value Fund | A | Dividend | | | Sold | 7/31/15 | J | A | |
| 70. Wilmington Multi-Manager Alternative Fund | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 71. Wilmington Multi-Manager Real Asset Fund | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 72. Wilmington Short-Term Corporate Bond Fund | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 73. Wilmington Mid Cap Growth Fund Institutional Class | A | Dividend | | | Sold | 7/31/15 | L | D | |
| 74. Wilmington Multi-Manager International Fund | A | Dividend | | | Sold | 12/14/15 | K | A | |
| 75. Wilmington Broad Market Bond Fund | A | Dividend | | | Sold | 12/14/15 | K | A | |
| 76. Fidelity Focused High Income | A | Dividend | | | Buy | 01/15/15 | J | | |
| 77. | | None | | | Sold | 12/01/15 | J | A | |
| 78. Ishares Trust Company Hedged MSCI Eurozone | A | Dividend | | | Buy | 09/16/15 | J | | |
| 79. | | None | | | Sold | 12/01/15 | J | A | |
| 80. Wilmington Large Cap Strategy | A | Dividend | | | Buy | 01/15/15 | K | | |
| 81. | | None | | | Sold | 12/01/15 | K | A | |
| 82. Wisdom Tree Japan Hedged Equity | A | Dividend | | | Buy | 08/11/15 | J | | |
| 83. | | None | | | Sold | 12/01/15 | J | A | |
| 84. Advisors Inner Circle LSV Value | A | Dividend | | | Buy | 01/15/15 | J | | |
| 85. | | None | | | Sold | 12/01/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Covidien PLC | A | Dividend | | | Buy | 01/15/15 | J | | |
| 87. | | None | | | Sold | 12/01/15 | J | A | |
| 88. Vanguard Financials | A | Dividend | | | Buy | 01/15/15 | J | | |
| 89. | | None | | | Sold | 12/01/15 | J | A | |
| 90. Vanguard Healthcare | A | Dividend | | | Buy | 01/15/15 | J | | |
| 91. | | None | | | Sold | 12/01/15 | J | A | |
| 92. MFS International New Discovery | A | Dividend | | | Buy | 01/15/15 | J | | |
| 93. | | None | | | Sold | 12/01/15 | J | A | |
| 94. Ishares JPM US Emerging Markets Bond | A | Interest | K | T | Buy | 12/14/15 | K | | |
| 95. Ishares National AMT-Free Muni Bond | A | Interest | K | T | Buy | 12/14/15 | K | | |
| 96. Schwab US Large Cap | B | Dividend | M | T | Buy | 12/14/15 | M | | |
| 97. Vanguard Short Term Corporate Bond | A | Interest | K | T | Buy | 12/14/15 | K | | |
| 98. Vanguard Mortgage Backed Securities | A | Dividend | K | T | Buy | 12/14/15 | K | | |
| 99. Vanguard REIT Index | A | Dividend | J | T | Buy | 12/14/15 | J | | |
| 100. Vanguard Crsp US Mid Cap | A | Dividend | K | T | Buy | 12/14/15 | K | | |
| 101. Vanguard US Small Cap Index | A | Dividend | K | T | Buy | 12/14/15 | K | | |
| 102. Vanguard Life Strategy Mod. Growth | | None | | | Sold | 12/1/15 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Wellington | None | | | | Sold | 12/1/15 | M | A | |
| 104. American Funds Money Market | None | | | | Sold | 12/1/15 | L | A | |
| 105. American New World | None | | | | Sold | 12/1/15 | L | A | |
| 106. Vanguard European Stock Index | None | | | | Sold | 12/1/15 | K | A | |
| 107. Vanguard Large Cap Index | None | | | | Sold | 12/1/15 | M | A | |
| 108. Vanguard Windsor | None | | | | Sold | 12/1/15 | N | A | |
| 109. Vanguard Small-Cap Index Inv | None | | | | Sold | 12/1/15 | N | A | |
| 110. First Trust Large Cap Core Alphadex f/k/a First Trust Large Co Index | None | J | T | | | | | | |
| 111. First Trust Small Cap Core Alphadex f/k/a First Trust Small Cap Index | None | K | T | | | | | | |
| 112. Ishares IBOXX Investment Grade Bonds f/k/a I Shares Corps Bond Index | None | M | T | | | | | | |
| 113. Ishares US Preferred Stock f/k/a I Shares Preferred Stock Index | None | K | T | | | | | | |
| 114. Vanguard Emerging Markets | None | K | T | | | | | | |
| 115. Exeter Resources | None | | | | Redeemed | 12/14/15 | J | A | |
| 116. First Trsut Large Cap Index | None | J | T | | | | | | |
| 117. First Trust Small Cap Index f/k/a First Trust Small Cap Index | None | K | T | | | | | | |
| 118. Ishares High Yield f/k/a I Shares Hi Yield Bouds | None | J | T | | | | | | |
| 119. Vanguard Emerging f/k/a Vanguard Emerging Markets | None | J | T | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Ishares Large Cap Index (X) | | None | J | T | | | | | |
| 121. Ishares Mid Cap Index (X) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 10/07/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts. 5. Rental Property purchased 03/31/2009, purchase price $171,500.00.

VII. Investments and Trusts: Letter dated 9/9/2016, inquired about two assets that were listed on my nominiation report but not on my 2015 Annual Report. My response is as follows:

Line 54. SPDR Biotech Index -- was donated to four charities in December, 2014.

Line 66. MFS Emerging Market -- was sold in 2014 and should not be listed on report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence J. Vilardo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544